UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SUBPOENA ISSUED IN:<br><br>*St. Clair County Employees' Retirement System v. Acadia Healthcare Company, Inc. et al.*, pending in the United States District for the Middle District of Tennessee, Case No. 3:18-cv-00988-WLC-AEN | Misc. No. 1:22-mc-144<br><br>**ORAL ARGUMENT REQUESTED** |
| DAVID FABER<br><br>                              Petitioner,<br><br>v.<br><br>CHICAGO VICINITY LABORERS DISTRICT COUNCIL PENSION FUND and NEW YORK HOTEL TRADES COUNCIL & HOTEL ASSOCIATION OF NEW YORK CITY, INC. PENSION FUND,<br><br>                              Respondents. | |

**NOTICE OF PETITIONER DAVID FABER'S
MOTION TO QUASH NON-PARTY SUBPOENA**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law; Declarations of Elizabeth A. McNamara and David Faber; and exhibits attached thereto, Petitioner David Faber ("Petitioner") moves for an order pursuant to Fed. R. Civ. P. 45(d)(3) quashing the non-party subpoena issued on him by Respondents Chicago Vicinity Laborers District Council Pension Fund and New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund in connection with the underlying case *St. Clair County Employees' Retirement System v. Acadia Healthcare Company, Inc. et al.*, pending in the United States District for the Middle District of Tennessee, Case No. 3:18-cv-00988-WLC-AEN. Petitioner respectfully requests oral argument on this Motion.

PLEASE TAKE FURTHER NOTICE that in accordance with the briefing schedule agreed upon by the parties, Respondents' opposition papers are due to be filed and served on June 3, 2022, and Petitioner's reply papers are due to be filed and served on June 15, 2022.

Dated: New York, New York
May 20, 2022

        Respectfully submitted,

        /s/ *Elizabeth A. McNamara*
        Elizabeth A. McNamara
        Meenakshi Krishnan (*pro hac vice* forthcoming)
        DAVIS WRIGHT TREMAINE LLP
        1251 Avenue of the Americas, 21st Floor
        New York, New York 10020
        Telephone: (212) 603-6437
        lizmcnamara@dwt.com
        meenakshikrishnan@dwt.com

        Daniel M. Kummer
        Senior Vice President, Litigation
        NBCUNIVERSAL MEDIA, LLC
        30 Rockefeller Plaza, Rm. 620-537
        New York, New York 10112
        Telephone: (212) 664-4017
        daniel.kummer@nbcuni.com

        *Attorneys for Petitioner David Faber*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2022, I electronically filed the foregoing Notice of Motion, concurrently-filed Memorandum of Law; Declarations of Elizabeth A. McNamara and David Faber; and exhibits thereto, with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on all counsel of record for Respondents identified on the attached Service List via email and U.S. mail.

By: */s/ Elizabeth A. McNamara*
      Elizabeth A. McNamara

**SERVICE LIST**

ROBBINS GELLER RUDMAN & DOWD LLP
Christopher M. Wood
Jerry E. Martin
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203 615/252-3798 (fax)
cwood@rgrdlaw.com
jmartin@rgrdlaw.com

Darren J. Robbins
Darryl J. Alvarado
J. Marco Janoski Gray
Ting H. Liu
T. Alex B. Folkerth
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 619/231-7423 (fax)
darrenr@rgrdlaw.com
dalvarado@rgrdlaw.com
mjanoski@rgrdlaw.com
tliu@rgrdlaw.com
afolkerth@rgrdlaw.com

*Lead Counsel for Plaintiffs Chicago & Vicinity Laborers' District Council Pension Fund and New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund*

DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH
Justin J. Lannoye
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
Telephone: 312/372-1361 312/372-6599 (fax)
jlannoye@laboradvocates.com

*Counsel for Chicago & Vicinity Laborers' District Council Pension Fund*

PITTA LLP
Michael Bauman
120 Broadway, 28th Floor
New York, NY 10271
Telephone: 212/652-3890 212/652-3891 (fax)
mbauman@pittalaw.com

*Counsel for New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund*