# EXHIBIT H

| | |
|---|---|
| ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACADIA HEALTHCARE COMPANY, INC., et al.,<br><br>Defendants. | Civil Action No. 3:18-cv-00988<br><br>CLASS ACTION<br><br>District Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern<br><br>[PROPOSED] ORDER AMENDING PRE-TRIAL DEADLINES SET FORTH IN THE COURT'S CASE MANAGEMENT ORDERS |

This matter comes before the Court on the Parties' Joint Motion Requesting Amendment of Pre-Trial Deadlines Set Forth in the Court's Case Management Orders (the "Motion") jointly moving to amend certain deadlines in the Initial Case Management Conference Order entered March 2, 2021 (ECF No. 66) and subsequent March 11 2021 Order (ECF No. 67), relating to fact and expert discovery, dispositive motions, and trial of this action.

For good cause shown, the Motion is GRANTED and it is hereby ORDERED that the Court's Initial Case Management Conference Order and subsequent March 11, 2021 Order be amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Substantial Completion of Document Production | October 29, 2021 | January 3, 2022 |
| Deadline for Plaintiffs' Reply Brief in Support of Class Certification | December 28, 2021 | March 4, 2022 |
| Deadline for any motions to amend or to add parties | January 15, 2022 | March 18, 2022 |
| Completion of Fact Discovery | May 13, 2022 | July 22, 2022 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Submission of Affirmative Expert Reports | July 15, 2022 | September 15, 2022 |
| Submission of Rebuttal Expert Reports | August 31, 2022 | October 31, 2022 |
| Responses to Rebuttal Expert Reports | September 30, 2022 | November 30, 2022 |
| Expert Depositions Completed | October 28, 2022 | January 3, 2023 |
| Submission of Dispositive Motions | December 16, 2022 | February 16, 2023 |
| Trial Date | June 6, 2023 | August 7, 2023 |

SO ORDERED this 5th day of October, 2021.

_____
ALISTAIR E. NEWBERN
UNITED STATES MAGISTRATE JUDGE