# EXHIBIT A

Video of CNBC Segment to be filed in hard copy with the Court pending motion to submit video evidence