**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: SUBPOENA ISSUED IN:<br><br>*St. Clair County Employees' Retirement System v. Acadia Healthcare Company, Inc. et al.*, pending in the United States District for the Middle District of Tennessee, Case No. 3:18-cv-00988-WLC-AEN | Misc. No. 1:22-mc-144 |
| DAVID FABER<br><br>Petitioner,<br><br>v.<br><br>CHICAGO VICINITY LABORERS DISTRICT COUNCIL PENSION FUND and NEW YORK HOTEL TRADES COUNCIL & HOTEL ASSOCIATION OF NEW YORK CITY, INC. PENSION FUND,<br><br>Respondents. | |

**[PROPOSED] ORDER GRANTING PETITIONER DAVID FABER'S MOTION TO QUASH NON-PARTY SUBPOENA**

Before the Court is the Motion to Quash the Non-Party Subpoena filed by Petitioner David Faber. The Court, having reviewed the parties' briefs and the record before the Court, now GRANTS the Motion.

It is HEREBY ORDERED that Petitioner's Motion is GRANTED; the subpoena issued to Mr. Faber by Respondents Chicago Vicinity Laborers District Council Pension Fund and New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund is quashed; and Respondents are precluded from obtaining the testimony sought in the subpoena from Petitioner.

IT IS SO ORDERED.

Dated: June _____, 2022

___________________________
United States District Judge