AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| David Faber, Petitioner | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-mc-00144 |
| Chicago Vicinity Laborers District Council Pension Fund; New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund, Respondents | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Petitioner David Faber.

Date:   05/20/2022

/s/ Elizabeth A. McNamara
*Attorney's signature*

Elizabeth A. McNamara (Bar No. 1930643)
*Printed name and bar number*

DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
*Address*

lizmcnamara@dwt.com
*E-mail address*

(212) 603-6437
*Telephone number*

(212) 489-8340
*FAX number*