

1251 Avenue of the Americas,
21st Floor
New York, New York 10020

**Elizabeth A. McNamara**
Tel (212) 603-6437
lizmcnamara@dwt.com

May 23, 2022

**VIA ECF**
The Honorable P. Kevin Castel
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Faber v. Chicago Vicinity Laborers District Council Pension Fund et al.*
             Case No. 1:22-mc-00144-PKC
             Letter Requesting Oral Argument

Dear Judge Castel:

    The undersigned counsel represent Petitioner David Faber ("Petitioner") in the above-referenced action.

    We write pursuant to Rule 3.F of the Court's Individual Practices to request oral argument on Petitioner's Motion to Quash Non-Party Subpoena (ECF No. 1). Petitioner filed his motion papers on May 20, 2022.

    Thank you for your consideration.

    Respectfully submitted,

/s/ *Elizabeth A. McNamara*
Elizabeth A. McNamara
Meenakshi Krishnan (*pro hac vice* pending)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 603-6437
lizmcnamara@dwt.com
meenakshikrishnan@dwt.com

Daniel M. Kummer
Senior Vice President, Litigation
NBCUNIVERSAL MEDIA, LLC
30 Rockefeller Plaza, Rm. 620-537
New York, New York 10112
Telephone: (212) 664-4017

2

daniel.kummer@nbcuni.com

*Attorneys for Petitioner David Faber*

cc:   Counsel of record (via ECF and email)